USCA1 Opinion

 

 February 8, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1984 JANICE M. BERG, Plaintiff, Appellant, v. STATE OF RHODE ISLAND, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ronald R. Lagueux, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Janice M. Berg on brief pro se. ______________ ____________________ ____________________ Per Curiam. Plaintiff's action essentially sought __________ federal court review of state family court proceedings. Because lower federal courts do not have the authority to review such proceedings, we affirm the dismissal of plaintiff's action. Rooker v. Fidelity Trust Co., 263 U.S. _____________________________ 413, 415-16 (1923); Lancellotti v. Fay, 909 F.2d 15, 17 (1st __________________ Cir. 1990). Affirmed. ________